SCHOUTEN, Respondent, vs. DICKENSON, Appellant.

For the appellant: *Edgar Victor Werner* of Appleton.
For the respondent: *Urban P. Van Susteren* of Appleton.

*By the Court.*—Judgment affirmed.

*May 20, 1941.*

DOVAS, Respondent, vs. DOVAS, Appellant.

For the appellant: *Runge & Davey* of Sheboygan.
For the respondent: *Bassuener, Humke & Poole* of Sheboygan.

*By the Court.*—Judgment affirmed.

BORCHARDT, Appellant, vs. LINCOLN COUNTY, Respondent.

For the appellant: *Carlyle B. Wurster* of Merrill.
For the respondent: *Donald E. Schnabel* of Merrill.

*By the Court.*—Judgment affirmed.